JOSEPH DEIGHTON GIBSON, Appellant, v. IDA BROWN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEO T. KISSAM, Respondent, v. JOSEPH MERCADANTE, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of IRVING TRUST COMPANY and ADELAIDE ROBERTS, as Executors, etc., of BENJAMIN L. M. BATES, Deceased. IRVING TRUST COMPANY and ADELAIDE ROBERTS, as Executors, etc., and MARY HAAC ALEXANDER, Appellants; HELEN M. BATES, Respondent.— Decree modified by allowing interest only from January 17, 1939, and, as so modified, affirmed, with costs to the appellants payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to affirm. [172 Misc. 428.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD D. HIRSH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT F. HOWARD, as Administrator, etc., of JOHN F. HOWARD, Deceased, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.—Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EDWARDS, Appellant.— Judgment unanimously modified by reducing the sentence to the time already served, and, as so modified, affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK and Dr. VICTOR FREDERICKSON, as Executors, etc., of JANE D. WARD, Deceased. GEORGE W. JEWETT and Others, etc., Appellants, etc., v. FIFTH AVENUE BANK OF NEW YORK and Another, as Executors, etc., Respondents.█— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARTHUR COLE, Appellant, v. SEAMAN TRUCKING COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH RICHMAN, Appellant, v. BINGHAMTON SAVINGS BANK, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.